AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

FILED
APR 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

BRANDON HAMILTON

## CRIMINAL COMPLAINT

CASE NUMBER: 07 - 132 - M - 01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 11, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ .

I further state that I am __OFFICER JONATHAN DANIELS__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
OFFICER JONATHAN DANIELS
UNITED STATES PARK POLICE

Sworn to before me and subscribed in my presence,

APR 1 2 2007
Date  DEBORAH A. ROBINSON
      U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

at   Washington, D.C.
     City and State

_____
Signature of Judicial Officer

## STATEMENT OF FACTS

On Wednesday, April 11, 2007, just before 8:00 p.m., members of the United States Park Police received information from a reliable confidential informant (CI) regarding an individual in possession of a large amount of crack cocaine. The CI gave officers the subject's name, description, description of the subject's vehicle, and said that the subject would be exiting a residence in the 200 block of V Street, N.E., Washington, D.C. Officers went to the 200 block of V Street, N.E., and while in the area, saw the defendant, Brandon Hamilton get into the driver's seat of the vehicle. The defendant and the car matched the description given by the CI. Officers approach the vehicle and once the defendant was removed from the vehicle, officers saw a large sandwich size ziplock bag with over one hundred small ziplocks containing a white rock-like substance partially underneath the driver's seat. The white rock-like substance appeared to be crack cocaine. Officers placed the defendant under arrest. A search of the vehicle revealed a D.C. driver's license, a bank card, and a D.C. registration card for another vehicle all in the defendant's name. Also recovered from the car was an Enterprise rental agreement for the PT Cruiser in the defendant's mother's name, a Sprint bill payment receipt, and a Bank of America checking account deposit receipt for $2,991.80. Recovered from the defendant was a Sprint cell phone with the same phone number listed on the receipt found in the vehicle. A portion of the suspected crack cocaine field tested positive for cocaine. The amount of the suspected crack cocaine was 138 grams which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

OFFICER JONATHAN DANIELS
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS 12th DAY OF APRIL, 2007.

U.S. MAGISTRATE JUDGE
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE