UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v.   : | MAGISTRATE NO. 07-0132M-01 (CR) |
| BRANDON HAMILTON,   : | **FILED** |
| DISMISSAL | APR 1 3 2007 |
| | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 4978610

BY: _____
JEFFREY RAGSDALE
ASSISTANT UNITED STATES ATTORNEY
Bar No. 415214
Federal Major Crimes Section
555 4th Street, N.W., Room 4229
Washington, D.C. 20530
(202) 514-8321

APPROVED AND GRANTED THIS 13th
DAY OF _April_, 2007.

_____
UNITED STATES MAGISTRATE JUDGE